UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-025 JD |
| | ) | |
| ANGEL A. DELGADO-VENTURA | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 5, 2012 [DE 26]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Angel A. Delgado-Ventura's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1326(a).

SO ORDERED.

ENTERED:  October 5, 2012 

                                                           /s/ JON E. DEGUILIO
                                          Judge
                                          United States District Court